UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICKI LEVENDIS | * | CIVIL ACTION |
| VERSUS | * | NO. 19-1557 |
| HARRAH'S NEW ORLEANS MANAGE-MENT CO., LLC, CAESARS LICENSE COMPANY LLC, CEOC, LLC AND JAZZ CASINO COMPANY, LLC | * * | SECTION JUDGE |
| * * * * * * * * | | MAG. |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come Jazz Casino Company, L.L.C. ("Jazz Casino"), Harrah's New Orleans Management Company LLC ("HNOMC"), CEOC, LLC ("CEOC"), and Caesars License Company LLC ("Caesars License"), defendants in the action entitled "Nicki Levendis v. Harrah's New Orleans Management Co., LLC, Caesars License Company, LLC, CEOC, LLC and Jazz Casino Company, LLC" bearing Civil Action No. 2018-12560, Division (N-08) in Civil District Court for the Parish of Orleans, State of Louisiana, to notice removal of that Louisiana state court action to the United States District Court for the Eastern District of Louisiana, and upon information and belief represents:

1.

On 14 December 2018, plaintiff filed suit in Civil District Court for the Parish of Orleans, State of Louisiana, alleging that on or about 21 January 2018 she slipped on a lemon and water and fell in Harrah's New Orleans Casino, resulting in serious personal injuries to plaintiff (See Exhibit "A").

2.

This Court has diversity of citizenship jurisdiction over this case under 28 U.S.C. §1332.

3.

The parties have diverse citizenship:

    (a)  Plaintiff is a citizen of the State of Louisiana;

    (b)  Defendant Jazz Casino is a limited liability company owned by a single member, JCC Holding Company II, LLC, which is owned by a single member, Caesars Growth Harrah's New Orleans, LLC, which is owned by a single member, Caesars Resort Collection, LLC, which is owned by two members, Caesars Entertainment Resort Properties Holdco., LLC and Caesars Growth Properties Parent, LLC. Caesars Entertainment Resorts Properties Holdco, LLC is owned by a single member, Caesars Entertainment Corporation. Caesars Growth Properties Parent, LLC is owned by a single member, Caesars Growth Partner LLC. Caesars Growth Partner LLC is owned by a single member, Caesars Entertainment Corporation. Caesars Entertainment Corporation is a Delaware corporation with its principal place of business in Nevada. Thus, Jazz Casino is a citizen of the States of Delaware and Nevada.

    (c)  Defendant HNOMC is a limited liability company owned by a single member, CEOC, LLC, which is owned by a single member, Caesars Entertainment Corporation. Caesars Entertainment Corporation is a Delaware corporation with its principal place of business in Nevada. Thus, HNOMC is a citizen of the States of Delaware and Nevada.

    (d)  Defendant CEOC is a limited liability company owned by a single member, Caesars Entertainment Corporation. Caesars Entertainment Corporation is a Delaware corporation with its principal place of business in Nevada. Thus, CEOC is a citizen of the States of Delaware and Nevada.

(e)  Defendant Caesars License is a limited liability company, which is owned by a single member, Caesars Entertainment Corporation.  Caesars Entertainment Corporation is a Delaware corporation with its principal place of business in Nevada.  Thus, Caesars License is a citizen of the States of Delaware and Nevada.

4.

There is complete diversity of citizenship between plaintiff, a citizen of Louisiana, and the defendants, Jazz Casino, HNOMC, CEOC and Caesars License, citizens of Delaware and Nevada.

5.

Plaintiff's Petition establishes that the amount in controversy exceeds $75,000 as plaintiff alleges she suffered serious personal injuries, including a broken arm and broken nose, both of which conditions required surgery, as well as back and neck pain and migraines as a result of this accident.  Plaintiff seeks damages for past, present and future physical pain and suffering, mental and emotional anguish, disability, loss of enjoyment of life, physical impairment, and medical expenses.  (Exhibit "A," Paragraphs 24 and 25).

6.

Plaintiff, significantly, asserts in her Petition that her claim exceeds $50,000 to establish her right to a jury trial in Louisiana state court and she did not include a general allegation, as required by La. C.C.P. art. 893, that her claim is less than the requisite amount required to establish that the federal court lacks jurisdiction due to the insufficiency of damages.

7.

Pursuant to the provisions of 28 U.S.C. §§1441 and 1446, this action is one which may be removed to the United States District Court for the Eastern District of Louisiana.

8.

Plaintiff's state court action was filed on 14 December 2018. (See Exhibit "A"). Defendant Caesars License received service of the Citation and Petition on 18 January 2019. Therefore, this removal is timely under 28 U.S.C. §1446(b).

9.

Written notice of the filing of this Notice of Removal is being delivered to Petitioner, through her counsel of record, and a copy of this Notice of Removal will be filed with the Clerk of the Civil District Court for the Parish Orleans.

WHEREFORE, defendants, Jazz Casino Company, L.L.C., Harrah's New Orleans Management Company LLC, CEOC, LLC and Caesars License Company, LLC notice removal of the above described state court action to this Court.

Respectfully submitted,

MURPHY, ROGERS, SLOSS,
  GAMBEL & TOMPKINS

*/s/ Robert H. Murphy*

---

Robert H. Murphy (#9850)
rmurphy@mrsnola.com
Jeffrey A. Raines (#11076)
jraines@mrsnola.com
701 Poydras Street
Suite 400, Hancock-Whitney Center
New Orleans, LA   70139
Telephone:  (504) 523-0400
Facsimile:  (504) 523-5574
*Attorneys for Jazz Casino Company, L.L.C., Harrah's New Orleans Management Company LLC, CEOC, LLC and Caesars License Company LLC*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on 19 February 2019 a copy of the foregoing pleading was sent to all counsel of record, either by operation of the Court's CM/ECF system, by hand, by e-mail, by telefax or by placing same in the United States mail, properly addressed, and first class postage prepaid.

*/s/ Robert H. Murphy*
_____

4814-4709-9016, v. 1