**MINUTE ENTRY**
**DOUGLAS, M.J.**
**MAY 30, 2019**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NICKI LEVENDIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1557** |
| **HARRAH'S NEW ORLEANS MANAGEMENT COMPANY, LLC., ET AL** | **SECTION "I" (3)** |

A settlement conference in the above matter was conducted this date.

PRESENT:  Donald Massay
John Zazulak
Claire Pontier
Nicki Levendis
Jeffrey Raines

Settlement cannot be reached at this time. Settlement negotiations will continue by telephone.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

**MJSTAR(1.00)**