UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NICKI LEVENDIS                          CIVIL ACTION NO. 19-1557

VERSUS                                  SECTION "I" (3)

HARRAH'S NEW ORLEANS MANAGEMENT
COMPANY, LLC, et al


A status conference with respect to the filing of a motion for summary judgment in the above-captioned case is set **WEDNESDAY, JUNE 26, 2019 at 9:30 A.M.** in the chambers of the undersigned U.S. District Judge. Counsel may participate by telephone if the Court is furnished with the name and telephone number of counsel who will participate by telephone prior to the conference.

New Orleans, Louisiana this 19th day of June, 2019.


_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE