MINUTE ENTRY
AFRICK, J.
June 26, 2019
JS-10 00:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NICKI LEVENDIS** | **CIVIL ACTION** |
| **VERSUS** | **No. 19-1557** |
| **HARRAH'S NEW ORLEANS**<br>**MANAGEMENT COMPANY, LLC, ET AL.** | **SECTION I** |

**ORDER**

A status conference was held on this date with counsel participating on behalf of all parties. Counsel for defendant, Jazz Casino Co., LLC, advised the Court that he intends to file a motion for summary judgment in the above-captioned matter.

Accordingly,

**IT IS ORDERED** that defendant has leave to timely file a motion for summary judgment following the completion of outstanding depositions.

New Orleans, Louisiana, June 26, 2019.

_____<br>
LANCE M. AFRICK<br>
UNITED STATES DISTRICT JUDGE