## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**NICKI LEVENDIS**                                           **CIVIL ACTION**

**VERSUS**                                                   **No. 19-1557**

**HARRAH'S NEW ORLEANS**                                     **SECTION I**
**MANAGEMENT COMPANY, LLC, ET AL.**

### JUDGMENT

Considering the Court's order granting defendant Jazz Casino Co., LLC's ("Jazz Casino") motion for summary judgment,

**IT IS ORDERED** that judgment shall be entered in favor of Jazz Casino and against Nicki Levendis, and that Nicki Levendis's claims in the above-captioned matter are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, August 6, 2019.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**